1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    LORENA L. MEYER,                          Case No.  16-cv-03010-WHO

              Plaintiff,
8
                                               **ORDER RE REQUEST FOR RELIEF**
9         v.                                   **FROM ADR REFERRAL AND**
                                               **REQUEST FOR RECUSAL OF**
10   KAREN LITZENBERG, et al.,                  **COUNSEL**

              Defendants.                       Re: Dkt. Nos. 24, 25
11

12          Plaintiff Lorena L. Meyer, proceeding *pro se*, seeks two forms of relief:  (i) relief from the

13   Automatic ADR Referral under Local Alternative Dispute Resolution Rule 3-3(c); and (ii) an

14   order recusing or disqualifying the Deputy Attorney General who is representing the state

15   defendants in this case.  Dkt. Nos. 24, 25.

16          The bases for both of these requests is plaintiff's experiences with this Deputy Attorney

17   General in one of plaintiff's prior cases in this Court.  Plaintiff asserts that requiring her to interact

18   with this particular Deputy Attorney General – either through the ADR program or otherwise –

19   would place plaintiff in a "very precarious position and a dilemma."  *Id*. at 2.

20          With respect to the request for relief from the Automatic ADR Referral, because it appears

21   that ADR proceedings at this juncture would not be productive, I GRANT that request.  The

22   parties are relieved from compliance with the ADR deadlines specified in Docket No. 4 or

23   otherwise required under the Automatic Referral.   If, as this case progresses, it appears that ADR

24   proceedings would be productive, I will Order them to commence.

25          With respect to plaintiff's request that I order the recusal or disqualification of the Deputy

26   Attorney General, that request is DENIED.  I expect all parties and counsel appearing in this case

27   to act with civility and courtesy to one another.  If anyone involved in this case experiences a lack

28   of civility or courtesy from counsel or a party as *this* case progresses, that should be brought to my

United States District Court
Northern District of California

1  attention during a Case Management Conference.

2      Plaintiff is reminded that her opposition briefs to defendants' three motions to dismiss

3  (Dkt. Nos. 15, 16, 20) are due shortly, and must be filed on or before **August 5, 2016**.[1]  Plaintiff

4  may want to see the assistance of the Court's Legal Help Center, which has offices in San

5  Francisco and Oakland.  Appointments can be scheduled by calling 415-782-8982 and more

6  information is available at https://cand.uscourts.gov/helpcentersf.

7      **IT IS SO ORDERED**.

8  Dated: August 1, 2016

9

10  _____
    WILLIAM H. ORRICK
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

---

[1] I recognize that plaintiffs' opposition briefs are due on August 1, August 3, and August 5, 2016. However, plaintiff may have until **August 5, 2016** to file all three opposition briefs at the same time.  Defendants' replies may be filed on August 12, 2016.  The hearing on defendants' motions to dismiss stay set for **September 7, 2016** at 2:00 pm.