**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENA L. MEYER,

          Petitioner,

v.

KAREN LITZENBERG, DEAN PERCY,
GAYLENE WONG, SELVI
STANISLAUS, ANNE STAUSBOLL,
FIONA MA, and BETTY T. YEE,

          Respondents.

                               /

No. C 16-03010 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondents Karen Litzenberg, Dean Percy, Gaylene Wong, Selvi Stanislaus, Anne Stausboll, Fiona Ma, and Betty T. Yee, and against petitioner Lorena L. Meyer.  The Clerk shall please **CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated:  October 13, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE