IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENA L. MEYER,

    Petitioner,

v.

KAREN LITZENBERG, *et al.*,

    Respondents.

No. C 16-03010 WHA

**ORDER DENYING REQUEST FOR CONTINUANCE**

On October 14, petitioner Lorena L. Meyer filed a request to continue the hearing on respondents' three motions to dismiss (Dkt. No. 58), as well as a document titled "Correction of Errors and Assumptions and Rebuttal to DAG's Opposition to the Request to Disqualify Her for Cause" (Dkt. No. 59). The hearing petitioner seeks to continue was scheduled for, and had taken place on, October 13. Petitioner was present at that hearing and participated in oral argument before the undersigned judge. Following the hearing, an order granted all three motions to dismiss and denied petitioner's requests to, among other things, disqualify Supervising Deputy Attorney General Courtney Lui (Dkt. No. 54). Judgment was entered the same day (Dkt. No. 56). Petitioner's new documents were filed after entry of final judgment and raise no basis for challenging that judgment. Accordingly, her request is **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE