IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENA L. MEYER,

    Petitioner,

  v.

KAREN LITZENBERG, *et al.*,

    Respondents.

No. C 16-03010 WHA

**ORDER REVOKING IN FORMA PAUPERIS STATUS**

    Petitioner Lorena Meyer, proceeding pro se, brought this petition pursuant to the All Writs Act seeking relief from deductions and levies on her retirement benefits. She has appealed an order denying her motion for relief from judgment following dismissal of her petition. Our court of appeals referred the matter to this Court to determine whether her in forma pauperis status should continue for this appeal. Based on petitioner's prior filings and arguments, and the inaccessibility of the relief she seeks, this order finds her appeal to be frivolous and accordingly **REVOKES** her in forma pauperis status. *See* 28 U.S.C. 1915(a)(3); *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

    **IT IS SO ORDERED.**

Dated: January 31, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE